**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**WINSTON HOLLOWAY**                                                                          **PLAINTIFF**

V.                              **CASE NO. 5:13CV00245 JLH/BD**

**BENNY MAGNESS, et al.**                                                                  **DEFENDANTS**

## ORDER

Winston Holloway filed this lawsuit pro se under 42 U.S.C. § 1983 and is proceeding *in forma pauperis*. (Docket entries #2, #3) Because Mr. Holloway included a variety of unrelated claims in his original complaint, he was instructed to amend his complaint to include only one claim. (#3) He has now filed his amended complaint. (#4)

Based on the allegations contained in his amended complaint, Mr. Holloway has stated a deliberate-indifference claim against Defendants Magness, Hobbs, Corizon, Griffin, Willfong, Boardman, Morgan, Peyton, Gardner, Kelley, and Ashley.[1] Accordingly, service is proper.

The Clerk of Court is directed to prepare summonses for Defendants Magness, Hobbs, Corizon, Griffin, Willfong, Boardman, Morgan, Peyton, Gardner, Kelley, and Ashley. The United States Marshal is directed to serve copies of the complaint and the amended complaint, with any attachments (docket entries #2, #4), and a summons for these Defendants without requiring prepayment of fees and costs or security. Service for

---

[1] Although the docket sheet lists Defendant Peyton as "Adon Dana Paxton," Mr. Holloway identifies this Defendant as Adon Dana Peyton.

Defendants Magness, Hobbs, Kelley, and Ashley should be through the Arkansas Department of Correction Compliance Division, P.O. Box 20550, Pine Bluff, Arkansas 71612.  Service for Defendants Corizon, Griffin, Willfong, Boardman, Morgan, Peyton, and Gardner should be through counsel for Corizon, Inc., Humphries & Lewis, P. O. Box 20670, White Hall, Arkansas 72612.

Service for the Doe Defendants is not proper.  Mr. Holloway has 120 days to identify and serve the Doe Defendants.  His failure to do so will result in the dismissal of the Doe Defendants.  See FED. R. CIV. P. 4(m).

IT IS SO ORDERED this 3rd day of September, 2013.

_____
UNITED STATES MAGISTRATE JUDGE