IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WINSTON HOLLOWAY, ADC #67507                                        PLAINTIFF

v.                          NO. 5:13CV00245 JLH/BD

BENNY MAGNESS, *et al.*                                             DEFENDANTS

## ORDER

The Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere has been received, and no objections to the Recommendation have been filed. The Recommendation should be, and hereby is, approved and adopted in all respects.

Winston Holloway's claims against defendants White-Matthews, Austin, and Iko are dismissed without prejudice.

IT IS SO ORDERED this 24th day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE