IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WINSTON HOLLOWAY                                                                PLAINTIFF

v.                              NO. 5:13CV00245 JLH/BD

BENNY MAGNESS, et al.                                                        DEFENDANTS

**ORDER**

On August 5, 2013, Winston Holloway filed this action pro se under 42 U.S.C. § 1983. In his complaint, Holloway asserts claims against unnamed employees of Corizon, Inc., and the Arkansas Department of Correction.

By Order of September 3, 2013, Holloway was directed to identify the Doe defendants on or before January 1, 2014, so that they could be served with timely process in accordance with Federal Rule of Civil Procedure 4(m). Document #6. He has not complied with the Order, and the time for doing so has passed. Therefore, Holloway's claims against the Doe defendants are DISMISSED, without prejudice, for lack of timely party identification and service of process.

IT IS SO ORDERED this 8th day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE