# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**WINSTON HOLLOWAY**                                                     **PLAINTIFF**

**V.**                 **CASE NO. 5:13CV00245 JLH/BD**

**BENNY MAGNESS, et al.**                                       **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") issued by Magistrate Judge Beth Deere. After carefully reviewing the Recommendation, the timely objections, and upon conducting a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The Defendants' motions for summary judgment (docket entries #76, #79) are GRANTED. Mr. Holloway's claims against Defendants Griffin and Kelly are DISMISSED, without prejudice. His claims against Defendants Magness, Hobbs, Ashley, Wilfong, Boardman, Morgan, Peyton, Gardner, and Corizon are DISMISSED, with prejudice.

IT IS SO ORDERED this 21st day of August, 2014.

                                                            */s/ J. Leon Holmes*
                                                          UNITED STATES DISTRICT JUDGE