IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**WINSTON HOLLOWAY**            **PLAINTIFF**

V.        **CASE NO. 5:13CV00245 JLH/BD**

**BENNY MAGNESS, et al.**           **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED.

IT IS SO ORDERED this 21st day of August, 2014.

_____
UNITED STATES DISTRICT JUDGE